JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MARTINEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORP., DOE 1 and DOES 2-50, inclusive,<br><br>            Defendants. | Case No. EDCV 08-1639-VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  January 14, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge